1  Matt Valenti, Esq. (State Bar No. 253978)
2  E-mail: mattvalenti@valentilawapc.com
   VALENTI LAW APC
3  5252 Balboa Avenue, Suite 700
4  San Diego, CA 92117
   Phone: (619) 540-2189
5
6  Attorney for Plaintiff Raul Uriarte-Limon

7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11

12 | RAUL URIARTE-LIMON,                       | Case No.: 2:24-cv-01069-WLH-PD
13 |          Plaintiff,                        | NOTICE OF SETTLEMENT
14 |   vs.
15 |
16 | JULIAN TORRES SALGADO dba
   | ECONOMY TIRES AND AUTO
17 | REPAIR; KAL ENTERPRISES LLC, a
18 | California limited liability company; and
   | DOES 1-10,
19 |
20 |          Defendants.

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT - 1

1 | Plaintiff RAUL URIARTE-LIMON hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense and further the interests of judicial economy. Plaintiff therefore applies to this Honorable Court to vacate all currently set dates with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

Respectfully submitted,

DATED:  March 1, 2024                                    VALENTI LAW APC

                                                         By:  */s/ Matt Valenti*
                                                              Matt Valenti, Esq.
                                                              Attorney for Plaintiff
                                                              Raul Uriarte-Limon